THE STATE OF OHIO, APPELLEE, *v.* HULL, APPELLANT.

[Cite as *State v. Hull* (1994), 71 Ohio St.3d 292.]

(No. 94-2005—Submitted November 15, 1994—Decided December 23, 1994.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Karen L. Johnson,* Assistant Prosecuting Attorney, for appellee.

*Floyd J. Hull, pro se.*

---

*Per Curiam.* The motion to supplement the record is denied, and the judgment of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.